UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

BITCO GENERAL INSURANCE
CORPORATION,

    Plaintiff,

v.

UNION RIDGE RANCH, LLC and INLAND
COMPANY,

    Defendants.

Case No.: 3:22-cv-05624-BHS

**STIPULATED MOTION AND ORDER FOR MODIFICATION OF INITIAL SCHEDULING ORDER AND FOR EXTENSION OF TIME TO FILE AN ANSWER**

BITCO General Insurance Corporation ("BITCO General") and Inland Company ("Inland") jointly request that the Court find good cause to: (1) modify the Order Regarding Initial Disclosures, Joint Status Report, Discovery, Depositions and Early Settlement ("Initial Scheduling Order") (Dkt. 4), by extending the initial scheduling deadlines by sixty days, and (2) extend Union Ridge's deadline to file an answer to the Complaint by twenty days to January 4, 2023.

STIPULATED MOTION AND ORDER FOR
MODIFICATION OF INITIAL SCHEDULING ORDER
AND EXTENSION OF TIME - 1 of 4

CASE NO. 3:22-cv-05624-BHS

LAW OFFICES
GORDON THOMAS HONEYWELL
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98401
(253) 620-6500 - FACSIMILE (253) 620-6565

On September 28, 2022, the Court entered the Initial Scheduling Deadline setting forth the following initial deadlines:

| | |
|---|---|
| FRCP 26(f) Conference: | 12/13/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 12/20/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) ("Joint Status Report"): | 12/27/2022 |

Dkt. 4 at 1.

Due to the pressing issues in other matters, Union Ridge—a principal defendant seeking to collect an underlying judgment against BITCO—has not yet filed an answer to the Complaint or enter an appearance in this matter. For this reason, and due to other pressing issues, the parties have not had an opportunity to confer pursuant to Rule 26(f) or with respect to the  Joint Status Report.

The parties jointly request that the Court find good cause under Federal Rule 16(b)(4) to modify the Initial Scheduling Order by 60 days as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 2/13/2023 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 2/20/2023 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 2/27/2023 |

In addition, the parties jointly request that the Court find good cause to extend Union Ridge's deadline to file an answer to the Complaint by twenty (20) days to January 4, 2023.

STIPULATED MOTION AND ORDER FOR
MODIFICATION OF INITIAL SCHEDULING ORDER
AND EXTENSION OF TIME - 2 of 4

CASE NO. 3:22-cv-05624-BHS

LAW OFFICES
GORDON THOMAS HONEYWELL
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98401
(253) 620-6500 - FACSIMILE (253) 620-6565

The parties of record agree that this request is not made for the purpose of delay, is in the best interests of each party, and is without prejudice to the parties or the Court. Counsel for BITCO General also contacted counsel for Union Ridge Ranch, LLC who also agrees with this request.  Accordingly, the parties hereto jointly stipulate and respectfully move this Court to enter an Order extending the Initial Scheduling Order by 60 days and extending Union Ridge's deadline to file an answer to January 4, 2023.

DATED this 20th day of December, 2022.

*/s/ Maggie Diefenbach*
Maggie Diefenbach, WSBA No. 31176
1201 Pacific Avenue, Suite 2100
Tacoma, Washington  98402
Phone: 206-676-7539
Fax: 206676-7575
Email: mdiefenbach@gth-law.com

**ATTORNEYS FOR PLAINTIFF BITCO
GENERAL INSURANCE CORPORATION**

*/s/ John A. Husmann*
John A. Husmann, IL Bar No. 6273992
*Pro Hac Vice* application to be filed
BatesCarey LLP
191 N. Wacker Drive
Suite 2400
Chicago, IL  60606
Telephone: (312) 762-3100
Facsimile: (312) 762-3200
Email: jhusmann@batescarey.com

**ATTORNEYS FOR PLAINTIFF BITCO
GENERAL INSURANCE CORPORATION**

STIPULATED MOTION AND ORDER FOR
MODIFICATION OF INITIAL SCHEDULING ORDER
AND EXTENSION OF TIME - 3 of 4

CASE NO. 3:22-cv-05624-BHS

LAW OFFICES
GORDON THOMAS HONEYWELL
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98401
(253) 620-6500 - FACSIMILE (253) 620-6565

*/s/ Douglas M. Bragg*
Frederick M. Millard, OR Bar No. 982959
Douglas M. Bragg, OR Bar No. 012113
Millard & Bragg, Attorneys at Law PC 419
5th Street
Oregon City, OR  97045

**ATTORNEYS FOR DEFENDANT INLAND COMPANY**

SO ORDERED.

DATED this 21st day of December, 2022

_____
Honorable Benjamin H. Settle
United States District Judge

3099383

STIPULATED MOTION AND ORDER FOR
MODIFICATION OF INITIAL SCHEDULING ORDER
AND EXTENSION OF TIME - 4 of 4

CASE NO. 3:22-cv-05624-BHS

LAW OFFICES
GORDON THOMAS HONEYWELL
1201 PACIFIC AVENUE, SUITE 2100
TACOMA, WASHINGTON  98401
(253) 620-6500 - FACSIMILE (253) 620-6565