# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| BITCO GENERAL INSURANCE CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNION RIDGE RANCH, LLC and INLAND COMPANY,<br><br>　　　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NO. C22-5624 BHS |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

Inland's counterclaims against BITCO are **DISMISSED with prejudice**.

This case is closed.

Dated this 19th day of September, 2024.

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk

　　　　　　　　　　　　　　　　　*s/Carrie Smith*
　　　　　　　　　　　　　　　　　Deputy Clerk