UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BITCO GENERAL INSURANCE CORPORATION,

Plaintiff(s),

v.

UNION RIDGE RANCH, LLC, and INLAND COMPANY

Defendant(s).

NOTICE OF CIVIL APPEAL

Case No  3:22-cv-05624-BHS

District Court Judge

Benjamin H. Steele

Notice is hereby given that Inland Company
(Name of Appellant)

appeals to the United States Court of Appeals for the Ninth Circuit from

Judgment in a Civil Case
(Name of Order/Judgment)

entered in this action on 09/19/2024 .
(Date of Order)

Dated: 10/18/2024 .

Douglas M. Bragg WSB No. 46245
Millard & Bragg Attorneys at Law PC
419 4th St.
Oregon City, OR 97045
(503)305-7806
dbragg@millardlaw.com

Name, Address and Phone Number of Counsel for Appellant or Appellant/*Pro Se*

/s/ Douglas M. Bragg

Signature of Counsel for Appellant or Appellant/*Pro Se*

NOTICE OF CIVIL APPEAL - 1

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form06instructions.pdf

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:
Inland Company

Name(s) of counsel (if any):
Douglas M. Bragg

Address: 419 5th St. Oregon City OR 97045
Telephone number(s): 503 305-7806
Email(s): dbragg@millardlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes  ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:
Bitco General Insurance Corporation

Name(s) of counsel (if any):
John A. Husmann
Gustavo A. Otalvora

Address: 191 N. Wacker Dr. Ste 2400 Chicago IL 60606
Telephone number(s): 312 762-3200
Email(s): jhussmann@batescarey.com gotalvora@batescarey.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 6                                  1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:
Union Ridge Ranch LLC

Name(s) of counsel (if any):
Michael J. Vial

Address: 17355 SW Boones Ferry Rd Ste A Lake Oswego OR 97035

Telephone number(s): 503 684-4111

Email(s): mjv@vf-law.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ◉ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*